UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   DAHBOUR, MUYASSAR | § § § | Case No. 13-13656 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 am on 11/13/2014 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/09/2014             By:     /s/Eugene Crane
                                            Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: DAHBOUR, MUYASSAR | § | Case No. 13-13656 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 70,000.00 |
| *and approved disbursements of* | $ 5,594.65 |
| *leaving a balance on hand of* [1] | $ 64,405.35 |
| **Balance on hand:** | $ 64,405.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 64,405.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,750.00 | 0.00 | 6,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 24,567.00 | 0.00 | 24,567.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 159.81 | 0.00 | 159.81 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,053.50 | 0.00 | 1,053.50 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 5.50 | 0.00 | 5.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 32,535.81 |
| Remaining balance: | $ 31,869.54 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   31,869.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   31,869.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,591.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 1,492.45 | 0.00 | 904.40 |
| 2 | Majdi Sheikhail | 50,698.22 | 0.00 | 30,722.21 |
| 3 | American InfoSource LP as agent for | 400.89 | 0.00 | 242.93 |

Total to be paid for timely general unsecured claims:   $   31,869.54
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:
Muyassar Dahbour
    Debtor

Case No. 13-13656-JPC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: driddick     Page 1 of 2     Date Rcvd: Oct 10, 2014
                     Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2014.
```
db             +Muyassar Dahbour,    4730 N. Central Park,    Chicago, IL 60625-5812
20273627       +Arnoldharris (Original Creditor:04 Illin,    600 West Jackson Suite 710,
                 Chicago, IL 60661-5682
20273628       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
20273629      #+Bureau Of Collection,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
20273630      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
20273631       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20985835        Capital One Bank (USA), N.A.,    by American InfoSource LP,    PO Box 71083,
                 Charlotte, NC 28272-1083
20273633       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
20273634      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court:   Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
20273635       +Majdi Sheikhail,    c/o Chad Hayward, PC,    205 W. Randolph, Suite 1310,
                 Chicago, IL 60606-1815
20273636       +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21176009        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2014 00:38:22
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
                                                                                              TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20273632     ##+Chad M Hayward PC,    343 W. Erie Street,    Chicago, IL 60654-5735
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2014                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2014 at the address(es) listed below:
```
              Arthur G Simon    on behalf of Trustee Eugene    Crane asimon@craneheyman.com,
               gbalderas@craneheyman.com;sclar@craneheyman.com
              Brian P Welch    on behalf of Trustee Eugene    Crane bwelch@craneheyman.com,
               gbalderas@craneheyman.com
              Chad M. Hayward    on behalf of Plaintiff Majdi    Sheikhail courtnotice@haywardlawoffices.com,
               jo@haywardlawoffices.com;lr@haywardlawoffices.com
              Dariusz T Wator    on behalf of Debtor Muyassar    Dahbour dwator@mecenaschicago.com,
               yan@ytlawfirm.com
              Eugene Crane    on behalf of Trustee Eugene    Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Faiq Mihlar    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
```

```
District/off: 0752-1          User: driddick              Page 2 of 2                  Date Rcvd: Oct 10, 2014
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert   Augenlicht    on behalf of Interested Party John   Dahbour raugenlicht@kalawchicago.com
                                                                                                                                                              TOTAL: 10