UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Muyassar Dahbour, | ) | Case No. 13 B 13656 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

COURT'S ORDER RESETTING HEARING

The Applications for Compensation and the Trustee's Final Report ( Dkt Nos. 86, 87, 88 and 89) are reset for hearing from Thursday, November 13, 2014 to Tuesday, November 18, 2014 at 10:00 a.m.

Dated: November 4, 2014           ENTERED: *[signature]*

_____
Jacqueline P. Cox
United States Bankruptcy Judge