**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DAHBOUR, MUYASSAR            § Case No. 13-13656
                                    §
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,020.00            Assets Exempt: $4,020.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $31,894.54    Claims Discharged
                                                Without Payment: $110,330.02

Total Expenses of Administration: $38,130.46

---

    3) Total gross receipts of $ 70,025.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $70,025.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,130.46 | 38,130.46 | 38,130.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,125.00 | 52,591.56 | 52,591.56 | 31,894.54 |
| **TOTAL DISBURSEMENTS** | $126,125.00 | $90,722.02 | $90,722.02 | $70,025.00 |

4) This case was originally filed under Chapter 7 on April 02, 2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2015    By: /s/EUGENE CRANE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| State of Illinois Tax Refund; Year ended March 2 | 1224-000 | 25.00 |
| Settlement on Trustee RTI on business properties | 1210-000 | 70,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$70,025.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 24,567.00 | 24,567.00 | 24,567.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 159.81 | 159.81 | 159.81 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,053.50 | 1,053.50 | 1,053.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Popowcer Katten, Ltd. | 3420-000 | N/A | 5.50 | 5.50 | 5.50 |
| Rabobank, N.A. | 2600-000 | N/A | 50.34 | 50.34 | 50.34 |
| Rabobank, N.A. | 2600-000 | N/A | 107.32 | 107.32 | 107.32 |
| Rabobank, N.A. | 2600-000 | N/A | 100.45 | 100.45 | 100.45 |
| Rabobank, N.A. | 2600-000 | N/A | 96.96 | 96.96 | 96.96 |
| United States Treasury | 2810-000 | N/A | 3,428.00 | 3,428.00 | 3,428.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,705.00 | 1,705.00 | 1,705.00 |
| Rabobank, N.A. | 2600-000 | N/A | 106.58 | 106.58 | 106.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38,130.46 | $38,130.46 | $38,130.46 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 1,492.00 | 1,492.45 | 1,492.45 | 905.11 |
| 2 | Majdi Sheikhail | 7100-000 | 35,000.00 | 50,698.22 | 50,698.22 | 30,746.31 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 400.89 | 400.89 | 243.12 |
| NOTFILED | Chase | 7100-000 | 81,427.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfds/Wds | 7100-000 | 7,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 34.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bureau Of Collection | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 779.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $126,125.00 | $52,591.56 | $52,591.56 | $31,894.54 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-13656  
**Case Name:** DAHBOUR, MUYASSAR  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/02/13 (f)  
**§341(a) Meeting Date:** 06/04/13  

**Period Ending:** 02/05/15  
**Claims Bar Date:** 11/22/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Cash     Imported from original petition Doc# 10 | 20.00 | 0.00 | | 0.00 | FA |
| 2   Used household furniture - sofa, table, chairs,     Imported from original petition Doc# 10 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3   Personal Used Clothing     Imported from original petition Doc# 10 | 500.00 | 0.00 | | 0.00 | FA |
| 4   Debtor expects $2000.00 from United Auto Ins     Imported from original petition Doc# 10 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5   Settlement on Trustee RTI on business properties  (u) | Unknown | 100,000.00 | | 70,000.00 | FA |
| 5   **Assets**   **Totals** (Excluding unknown values) | **$4,020.00** | **$100,000.00** | | **$70,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/18/2014: Final Hearing; orders for compensation approved, cut checks for disbursements (dk)

10/09/2014: Fee Apps filed with Court; final hearing on 11/13/2014 at 9:30am in front of J-Cox (dk)

09/17/2014: TFR submitted to USTO for review (dk)

07/08/2014: Federal and state tax returns prepared and filed.  Taxes owed.  Will prepare Final Report once checks clear and tax authorities approve filing. (dk)

03/31/2014: Rec'd settlement monies. Will determine tax liability and retain accountant (dk)

03/12/2014: Debtor made an offer for properties which was accepted, will also waive discharge.  (dk)

10/21: Filed MT 2 to Extend time to Object to Discharge to Feb. 5, 2014 (dk)

08/20/13: Discovered that Debtor has ownership interest in two commercial properties held in Trust . Filed MT for Turnover of properties and records (dk)

07/29: Filed MT to Extend time to Object to Discharge to November 5th. (dk)

07/25: Debtor needs 21 addt'l days to produce documents (due date is 7/29)  her husband passed in May. (dk)

07/01: Subpoena's sent out for production of documents to Debtor and family (dk)

06/11/13: withdraw NA report; has interest in property that was transferred to son in a secret trust four years ago (dk)

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014          **Current Projected Date Of Final Report (TFR):**     October 9, 2014  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-13656  
**Case Name:** DAHBOUR, MUYASSAR  
**Taxpayer ID #:** **-***5678  
**Period Ending:** 02/05/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/13/14 | {5} | John Dahbour | Settlement for Trustee's RTI business property per Court Order | 1210-000 | 70,000.00 | | 70,000.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.34 | 69,949.66 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.32 | 69,842.34 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.45 | 69,741.89 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.96 | 69,644.93 |
| 07/08/14 | 101 | United States Treasury | 2013 Form 1041; FEIN #30-6415678 | 2810-000 | | 3,428.00 | 66,216.93 |
| 07/08/14 | 102 | Illinois Department of Revenue | 2013 Form IL -1041; FEIN #30-6415678 | 2820-000 | | 1,705.00 | 64,511.93 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.58 | 64,405.35 |
| 10/30/14 | | Judy Baar Topinka Treasurer State of Illinois | State of Illinois Tax Refund; Year ended March 2014 | 1224-000 | 25.00 | | 64,430.35 |
| 11/18/14 | 103 | EUGENE CRANE | Dividend paid 100.00% on $6,750.00, Trustee Compensation; Reference: | 2100-000 | | 6,750.00 | 57,680.35 |
| 11/18/14 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $24,567.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 24,567.00 | 33,113.35 |
| 11/18/14 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $159.81, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 159.81 | 32,953.54 |
| 11/18/14 | 106 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,053.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,053.50 | 31,900.04 |
| 11/18/14 | 107 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $5.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 5.50 | 31,894.54 |
| 11/18/14 | 108 | Capital One Bank (USA), N.A. | Dividend paid 60.64% on $1,492.45; Claim# 1; Filed: $1,492.45; Reference: | 7100-000 | | 905.11 | 30,989.43 |
| 11/18/14 | 109 | Majdi Sheikhail | Dividend paid 60.64% on $50,698.22; Claim# 2; Filed: $50,698.22; Reference: | 7100-000 | | 30,746.31 | 243.12 |
| 11/18/14 | 110 | American InfoSource LP as agent for | Dividend paid 60.64% on $400.89; Claim# 3; Filed: $400.89; Reference: | 7100-000 | | 243.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 70,025.00 | 70,025.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 70,025.00 | 70,025.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,025.00** | **$70,025.00** | |

{} Asset reference(s)

Printed: 02/05/2015 12:42 PM V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-13656  
**Case Name:** DAHBOUR, MUYASSAR  

**Taxpayer ID #:** **-***5678  
**Period Ending:** 02/05/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 70,025.00 | | | | |
| | | Net Estate : | $70,025.00 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6666** | 70,025.00 | 70,025.00 | 0.00 |
| | $70,025.00 | $70,025.00 | $0.00 |

{} Asset reference(s)

Printed: 02/05/2015 12:42 PM   V.13.15